UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:  CASE NO. 05-50132-PCY5
CHAPTER 13
THOMAS ANTHONY WEBB

　　　　　　Debtor(s)

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

　　1.  The Trustee has issued check(s) FOR: PEOPLES FIRST COMMUNITY BANK which remains outstanding and uncleared.

　　2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

　　3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 391974 in the amount of $227.28 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
          OFFICE OF THE CHAPTER 13 TRUSTEE
          POST OFFICE BOX 646
          TALLAHASSEE, FL 32302
          ldhecf@earthlink.net
          (850) 681-2734 "Telephone"
          (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

THOMAS ANTHONY WEBB      PEOPLES FIRST COMMUNITY BANK
8931 MERLIN DRIVE          P.O. BOX 59955
YOUNGSTOWN, FL 32466       PANAMA CITY, FL 32412

AND

MICHAEL R. REITER
P.O. BOX 330
LYNN HAVEN, FL 32444

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
5/18/2010  8:27 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE